▉▉▉ In the Matter of MARION L. DEAN, Appellant-Respondent, et al., Petitioners, v ONONDAGA COUNTY BOARD OF ELECTIONS, Constituting the Board of Canvassers of Onondaga County, et al., Respondents, and KERRY MANNION, Respondent-Appellant. [666 NYS2d 529] —Judgment affirmed without costs. Memorandum: We affirm for reasons stated in the decision at Supreme Court. We add only that petitioner's contention on appeal that exhibit 6 was not properly canvassed is not preserved for our review.

All concur except Hayes, J., who dissents in part and votes to modify in the following Memorandum.

(Hayes, J., dissenting). Because exhibit 6 does not conform with Election Law § 9-112, I conclude that the ballot should not have been counted for Kerry Mannion (respondent). Therefore, I would modify the judgment by granting that part of the petition seeking to invalidate the counting of that ballot for respondent. (Appeal from Judgment of Supreme Court, Onondaga County, Major, J.—Election Law.) Present—Pine, J. P., Lawton, Hayes, Wisner and Boehm, JJ.

▉▉▉ PEOPLE, Respondent, v SHAWN McDOWELL, Appellant. [669 NYS2d 115] —Motion for reargument denied. Memorandum: We have reviewed the issues defendant seeks to raise in a *pro se* supplemental brief and conclude that the issues lack merit. Present—Denman, P. J., Pine, Balio, Boehm and Fallon, JJ.

▉▉▉ In the Matter of VINCENT AGNELLO, an Attorney. [666 NYS2d 535] —Resignation accepted and name stricken from roll of attorneys. Present—Pine, J. P., Lawton, Hayes, Wisner and Balio, JJ.

▉▉▉ In the Matter of WILBUR P. TRAMMELL, an Attorney, Respondent. [666 NYS2d 535] —Order of suspension entered pursuant to Judiciary Law § 90 (4) (b) and (e). Present—Pine, J. P., Lawton, Wisner, Balio and Boehm, JJ.

▉▉▉ In the Matter of EMIL WARCHOL, for Reinstatement. [666 NYS2d 535] —Order entered terminating suspension and reinstating petitioner as an attorney and counselor-at-law. Present—Denman, P. J., Green, Pine, Boehm and Fallon, JJ.